# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>McFadden, Trevor N. | 2. Court or Organization<br><br>U.S. District Court, District of Columbia | 3. Date of Report<br><br>08/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| U.S. District Court for the District of Columbia<br>E. Barrett Prettyman Courthouse<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Bloomberg BNA: Publishing and royalty agreement regarding legal treatise authored by the filer. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Bloomberg BNA (book royalties) | $12,032.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (legal policy consultant) |
| 2. 2020 | CRC Advisors (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School | January 10-12, 2020 | Naples, FL | Originalism Summit | Meal, transportation and lodging |
| 2. | The Federalist Society | January 31-February 2, 2020 | Palm Beach, FL | Speaker | Meals, transportation, lodging and supplies |
| 3. | George Mason Law & Economics Center | February 5-9, 2020 | Key West, FL | Case Analysis Seminar | Meals, transportation and lodging |
| 4. | The Federalist Society | February 24-28, 2020 | Phoenix, AZ | Symposium | Meals, transportation, and lodging |
| 5. | George Mason University Antonin Scalia Law School | September 26 - October 2, 2020 | Pray, MT | Sage Lodge Colloquium | Meals, transportation, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **McFadden, Trevor N.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nelnet | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. CapitalOne360 (cash) | A | Interest | L | T | | | | | |
| 3. American Bank (cash) | A | Interest | K | T | | | | | |
| 4. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 5. Suntrust Bank (cash) | A | Interest | J | T | | | | | |
| 6. United Bank (cash) (X) | | None | J | T | | | | | |
| 7. Account #1 (H) | | | | | | | | | |
| 8. Fidelity Gov't Cash Reserves (FDRXX) (cash) (Y) | | | | | | | | | |
| 9. Invesco QQQ TR Unit Ser 1 (QQQ) | A | Dividend | K | T | | | | | |
| 10. iShares MSCI Eurozone ETF (EZU) | A | Dividend | J | T | | | | | |
| 11. iShares Transportation Average ETF (IYT) | A | Dividend | J | T | | | | | |
| 12. iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 13. iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | | | | | |
| 14. iShares TR Nasdaq Biotech (IBB) | A | Dividend | J | T | | | | | |
| 15. SPDR S&P 500 ETF Trust Unit (SPY) | A | Dividend | K | T | | | | | |
| 16. SPDR Dow Jones Indl Avg ETF Tr Unit (DIA) | A | Dividend | K | T | | | | | |
| 17. Select Sector SPDR Tr Shs Ben Int Materials (XLB) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McFadden, Trevor N.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Select Sector SPDR Tr Health Care (XLV) | A | Dividend | K | T | | | | | |
| 19. Select Sector SPDR Tr Shs Ben Int Financial (XLF) | A | Dividend | K | T | | | | | |
| 20. Sector SPDR Tr Shs Ben Int Industrial (XLI) | A | Dividend | K | T | | | | | |
| 21. Select Sector Spdr Tr Shs Ben Int Technology (XLK) | A | Dividend | K | T | | | | | |
| 22. Vanguard Index S&P 500 ETF Shs New (VOO) | A | Dividend | J | T | | | | | |
| 23. Vanguard Index Fd (VTI) (was Van Total Stock Mkt ETF (VTI)) | A | Dividend | K | T | Buy (add'l) | 06/30/20 | J | | |
| 24. Fidelity Total Bond ETF (FBND) | A | Dividend | K | T | | | | | |
| 25. SSGA Active ETF TR SPDR TR Tactic (TOTL) | A | Dividend | K | T | | | | | |
| 26. Account #2 (H) | | | | | | | | | |
| 27. Fidelity Cash Fund (cash) | A | Interest | J | T | | | | | |
| 28. Invesco QQQ TR Unit Ser 1 (QQQ) | A | Dividend | K | T | | | | | |
| 29. iShares S&P 500 Value ETF (IVE) | A | Dividend | J | T | | | | | |
| 30. iShares Russell 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 31. iShares S&P Small Cap 600 Value (IJS) | A | Dividend | J | T | | | | | |
| 32. SPDR SER TR S&P Divid ETF (SDY) | A | Dividend | J | T | | | | | |
| 33. Select Sector Spdr TR Consumer Discretionary (XLY) | A | Dividend | K | T | | | | | |
| 34. Vanguard Specialized Funds Div App ETF (VIG) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Index Fd (VTI) (was Van Total Stock Mkt ETF (VTI)) | A | Dividend | K | T | | | | | |
| 36. Account #3 (H) | | | | | | | | | |
| 37. Virginia 529 Invest Account - Active Aggressive | | None | K | T | Buy (add'l) | 11/02/20 | J | | |
| 38. Account #4 (H) | | | | | | | | | |
| 39. Virginia 529 Invest Account - Active Aggressive | | None | K | T | Buy (add'l) | 02/04/20 | J | | |
| 40. Account #5 (H) | | | | | | | | | |
| 41. Virginia 529 Invest Account - Active Aggressive | | None | K | T | Buy (add'l) | 11/02/20 | J | | |
| 42. Account #6 (H) | | | | | | | | | |
| 43. Virginia 529 Invest Account - Active Aggressive | | None | K | T | Buy (add'l) | 02/04/20 | J | | |
| 44. Account #7 (H) | | | | | | | | | |
| 45. Virginia 529 Invest Account - Active Aggressive | | None | J | T | Buy (add'l) | 11/02/20 | J | | |
| 46. Account #8 (H) | | | | | | | | | |
| 47. Virginia 529 Invest Account - Active Aggressive | | None | J | T | Buy (add'l) | 02/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McFadden, Trevor N.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Trevor N. McFadden

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544